1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Jose Luis Pena-Alvarez

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 08MJ1196 |
| )  | |
| 12 Plaintiff, ) | |
| ) | |
| 13 v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| 14 JOSE LUIS PENA-ALVAREZ, ) | |
| ) | |
| 15 Defendant. ) | |
| ) | |

17      Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

22 DATED:      April 22, 2008            /s/ Elizabeth M. Barros
**ELIZABETH M. BARROS**
Federal Defenders of San Diego, Inc.
Attorneys for Jose Luis Pena-Alvarez